JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PETERSON, individually and on behalf of all others similarly situated; and MIGUEL ORTEGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL FREIGHT LINES, INC., a Texas Corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 2:17-cv-07057-MWF-AFM<br><br>**ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: September 25, 2017 |

The Court, having reviewed the Stipulation of Dismissal Rule 41(a) of the Federal Rules of Civil Procedure, and on the Stipulation of the Parties,

IT IS ORDERED that Plaintiffs Alfonso Peterson and Miguel Ortega ("Plaintiffs") individual claims are hereby DISMISSED WITH PREJUDICE, and the class claims asserted in the action be and hereby are DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and attorneys' fees.

The hearing scheduled for February 24, 2020 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 24, 2020

_____
Honorable Michael W. Fitzgerald
United States District Judge